IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2020-026149CA 08

CARMEN ROJAS,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.

_____/

COMPLAINT FOR DAMAGES
AND
DEMAND FOR JURY TRIAL

Plaintiff, CARMEN ROJAS, by and through her attorney, Mario Serralta & Associates, sues the Defendant, TARGET CORPORATION, A Florida Corporation, and alleges as follows:

## GENERAL ALLEGATIONS

1. That the amount in controversy is in excess of thirty thousand ($30,000.00) dollars, exclusive of interest and costs.

2. At all times material to this complaint, Plaintiff, CARMEN ROJAS, was and is a resident of Miami-Dade County, Florida, and is otherwise sui juris.

3. At all times material to this complaint, Defendant, TARGET CORPORATION, was and is a Florida corporation authorized to do business in the State of Florida, and doing business in Miami-Dade County, Florida.

4. On or about June 29, 2019, Plaintiff, CARMEN ROJAS, was lawfully on the premises of Defendant, TARGET CORPORATION (Store No. T-746), located at 15005 SW 88th Street, in the City of Miami, State of Florida 33196, and was a business invitee when she slipped and fell on wet/dirty/slippery substance causing serious injuries to herself.

**EXHIBIT A**

## COUNT I – NEGLIGENCE CLAIM
## AGAINST DEFENDANT, TARGET CORPORATION

Plaintiff, CARMEN ROJAS, repeats and re-alleges all of the allegations as set forth above and further alleges:

5. At the aforementioned time and place, Plaintiff, CARMEN ROJAS, was injured due to the negligent and careless manner in which the premises of the Defendant, TARGET CORPORATION, were maintained.

6. At all times material to this complaint, Defendant, TARGET CORPORATION, had entire or partial control of the subject premises and in particular, the floors in said premises traveled by business invitees, and in which business invitees would be expected to traverse.

7. Defendant, TARGET CORPORATION, owed a duty to Plaintiff, CARMEN ROJAS, and to the general public using the aforementioned premises, to keep said premises in a reasonably safe condition for people lawfully on said premises.

8. Defendant, TARGET CORPORATION, breached the duty owed to the Plaintiff, CARMEN ROJAS, by committing one or more of the following negligent acts of commission and/or omission:

9. (a) Defendant, by and through its agents, servants and/or employees allowed a dangerous and defective condition to be created, to wit: slipped and fell on wet/dirty/slippery substance causing serious injuries to herself

(b) Defendant knew or in the exercise of reasonable care, should have known of the existence of said dangerous and defective condition;

(c) Defendant failed to warn Plaintiff of any such danger, or, in the alternative, Defendant allowed said dangerous and defective condition to exist for a length of time sufficient in which a reasonable inspection would have disclosed same;

(d) Defendant failed to keep the aforementioned area of the premises maintained in a safe and proper condition for use by persons lawfully on the premises;

(e) Defendant failed to post any barriers or warnings of a dangerous condition;

(f) Defendant failed to properly supervise and monitor the dangerous condition although Defendant knew or should have known that the condition was dangerous to persons lawfully on the premises.

10. As a direct and proximate result of the negligence of the Defendant, TARGET CORPORATION, as set forth above, Plaintiff, CARMEN ROJAS, has suffered serious and permanent personal injury in and about her body and extremities. Moreover, she did in the past, and will in the future, suffer damages, including, but not limited to, the following:

    A. Permanent bodily injuries within a reasonable degree of medical probability;

    B. Pain and suffering;

    C. Disability, both temporary and permanent, within a reasonable degree of medical probability;

    D. Disfigurement;

    E. Mental anguish;

    F. Lost capacity for the enjoyment of life;

    G. Loss of earnings;

    H. Loss of earning capacity;

    I. Significant medical expenses occurred in he treatment of related injuries;

    J. Aggravation of pre-existing condition, to the extent it existed.

**WHEREFORE**, Plaintiff, CARMEN ROJAS, demands judgment for damages against the Defendant, TARGET CORPORATION, in an amount in excess of the jurisdictional limits of this

court, together with such costs and such other and further relief as the court may deem just and proper and further demands trial by jury of all issues triable as a right.

Respectfully submitted,

MARIO SERRALTA & ASSOCIATES
7900 Oak Lane Suite 301
Miami Lakes, Florida 33016
Telephone No.: (305) 326-0501
Facsimile No.: (305) 326-1898
jb@helpmemario.com

_____
MARIO SERRALTA, ESQUIRE
Florida Bar Number: 163317